UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>         Plaintiff,<br><br>v.<br><br>BITQYCK, INC., BRUCE E. BISE,<br>and SAMUEL J. MENDEZ,<br><br>         Defendants. | C.A. No.:  3:19-cv-02059-N |

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO ENTER
FINAL JUDGMENT AGAINST DEFENDANT SAMUEL J. MENDEZ**

Pending before the Court is Plaintiff's Unopposed Motion to Enter a Final Judgment against Defendant Samuel J. Mendez. After review of the motion and the entirety of the record, the Court has determined the motion should be, and hereby is, GRANTED. By separate document, the Court will enter final judgment against Defendant Samuel J. Mendez in the form submitted with the motion.

SIGNED August 30, 2019.

                   _____
                   DAVID C. GODBEY
                   UNITED STATES DISTRICT JUDGE