UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SECURITES AND EXCHANGE COMMISSION,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>BITQYCK, INC., BRUCE E. BISE,<br>and SAMUEL J. MENDEZ,<br><br>　　　　　　　　　　　Defendants. | C.A. No.: 3:19-cv-02059-N |

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO ENTER**
**FINAL JUDGMENT AGAINST DEFENDANT BITQYCK, INC.**

　　Pending before the Court is Plaintiff's Unopposed Motion to Enter a Final Judgment against Defendant Bitqyck, Inc. After review of the motion and the entirety of the record, the Court has determined the motion should be, and hereby is, **GRANTED**. By separate document, the Court will enter final judgment against Defendant Bitqyck, Inc. in the form submitted with the motion.

　　SIGNED August 30, 2019.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　DAVID C. GODBEY
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE