UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                                Plaintiff,<br><br>v.<br><br>BITQYCK, INC., BRUCE E. BISE,<br>and SAMUEL J. MENDEZ,<br><br>                                Defendants. | C.A. No.:  3:19-cv-02059-N |

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO ENTER**
**FINAL JUDGMENT AGAINST DEFENDANT BRUCE E. BISE**

Pending before the Court is Plaintiff's Unopposed Motion to Enter a Final Judgment against Defendant Bruce E. Bise.  After review of the motion and the entirety of the record, the Court has determined the motion should be, and hereby is, GRANTED.  By separate document, the Court will enter final judgment against Defendant Bruce E. Bise in the form submitted with the motion.

SIGBED August 30, 2019.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE